No. 85–1517 (A–619). COLORADO v. SPRING. Sup. Ct. Colo. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition. Application for stay, presented to JUSTICE WHITE, and by him referred to the Court, is granted pending the issuance of the mandate of this Court.

No. 85–550. UNION OIL COMPANY OF CALIFORNIA v. SPAETH. C. A. 10th Cir. Certiorari denied.

No. 85–695. ILLINOIS CENTRAL GULF RAILROAD CO. v. COLEMAN. Sup. Ct. Ala. Certiorari denied.

No. 85–751. MOTION PICTURE LABORATORY TECHNICIANS & FILM TAPE EDITORS LOCAL 780 OF THE INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES & MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, AFL–CIO v. NATIONAL AERONAUTICS AND SPACE ADMINISTRATION ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–859. SULLIVAN v. TEXAS. Ct. App. Tex., 1st Sup. Jud. Dist. Certiorari denied.

No. 85–946. KERR-MCGEE CORP. ET AL. v. SILKWOOD, ADMINISTRATOR OF THE ESTATE OF SILKWOOD. C. A. 10th Cir. Certiorari denied.

No. 85–1083. MOECKLY v. UNITED STATES; and
No. 85–6019. COULOMBE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 85–1223. KIMMEL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–1268. MASSMAN CONSTRUCTION CO. v. TENNESSEE VALLEY AUTHORITY. C. A. 6th Cir. Certiorari denied.

No. 85–1333. NIMROD MARKETING (OVERSEAS) LTD. ET AL. v. TEXAS ENERGY INVESTMENT CORP. ET AL. C. A. 5th Cir. Certiorari denied.